**Harry R. FOWLER, Appellant,**

v.

**WERNER ENTERPRISES, Appellee.**

No. 10–1103.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 10, 2010.

Filed: June 21, 2010.

Harry R. Fowler, II, Stockton, KS, pro se.

Roger James Miller, Abigail M. Moland, McGrath & North, Omaha, NE, for Appellee.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Harry Fowler appeals the district court's[1] adverse grant of summary judgment in his action alleging discrimination and retaliation under the Americans with Disabilities Act. After careful de novo review of the record, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006), we conclude that there is no genuine issue of material fact to support Fowler's claim that his employer, Werner Enterprises, re-

garded him as having a disability or that it retaliated against him for filing discrimination charges. We also reject as meritless Fowler's arguments concerning venue, his pro se status in this matter, and the grant of summary judgment without a hearing. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.